# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Chad Guidry
Attorney at Law
P. O. Box 447
Kinder LA 70648

**REHEARING ACTION: October 14, 2015**

**Docket Number: 15   00012-KW**

**STATE OF LOUISIANA**
**VERSUS**
**GERALD E. HOPKINS**

**Writ Application from Allen Parish Case No. 2013-1286**

**BEFORE JUDGES:**

    **Hon. Elizabeth A. Pickett**
    **Hon. Billy Howard Ezell**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the Application

for Rehearing En Banc filed by **Gerald E. Hopkins** has this day been

    **DENIED.**

cc: Herbert Todd Nesom, Counsel for the Applicant
    Roderick Gregory Bertrand, Counsel for the Applicant